FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY LAVERN WILSON,<br><br>    Defendant. | NO. 1:15-CR-02065-SAB-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

    Before the Court is Defendant Wilson's Motion to Modify Conditions of Release, ECF No. 61. Mr. Wilson is represented by Jeremy Sporn. The United States is represented by Ian Garriques. The motion was considered without oral argument.

    Mr. Wilson requests the Court terminate his supervised release condition of electronic GPS monitoring a month earlier than scheduled. ECF No. 61 at 1–2. Since Mr. Wilson's release, he has demonstrated a strong willingness to comply with his supervision conditions. ECF No. 61 at 1. The need for monitoring to ascertain compliance has diminished due to the quality of Mr. Wilson's efforts. The Court has a clearer image of Mr. Wilson's willingness to comply than it did on

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** * 1

July 2, 2020. As a result, the Court finds good cause to terminate Supervision Special Condition #6 immediately.

      Accordingly, **IT IS HEREBY ORDERED**:

      1.      Defendant's Motion to Modify Conditions of Release, ECF No. 61, is **GRANTED**.

      2.      Supervision Special Condition #6 is **terminated**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel **and** the U.S. Probation Office.

**DATED** this 14th day of June 2021.



                            Stanley A. Bastian
                      Chief United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** * 2